1  Peter H. Kang, SBN 158101
   pkang@sidley.com
2  SIDLEY AUSTIN LLP
   1001 Page Mill Road, Building 1
3  Palo Alto, California  94304
   Tel:  (650) 565-7000
4  Fax:  (650) 565-7100

5  ADDITIONAL COUNSEL LISTED
   ON SIGNATURE PAGE
6
   Attorneys for Defendant
7  UNIVERSAL REMOTE CONTROL, INC.

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                 SOUTHERN DIVISION

11
   UNIVERSAL ELECTRONICS, INC.,        )   Case No. 8:12-CV-00329 AG (JPRx)
12                                      )
            Plaintiff and Counterclaim- )   Assigned to: Hon. Andrew J. Guilford
13          Defendant,                  )
                                        )   **DEFENDANT UNIVERSAL
14 v.                                   )   REMOTE CONTROL, INC.'S
                                        )   NOTICE OF OMNIBUS MOTION
15 UNIVERSAL REMOTE CONTROL,            )   FOR SUMMARY JUDGMENT**
   INC.,                                )
16                                      )   Date:    March 24, 2014
            Defendant and              )   Time:    10:00 a.m.
17          Counterclaimant.           )   Place:   Courtroom 10D
                                        )

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## NOTICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at the above time and place, Defendant Universal Remote Control, Inc. ("URC") will move for summary judgment.  *See* Fed. R. Civ. P. 56.  Specifically, URC is entitled to summary judgment or partial summary judgment on the following grounds:

(1)     Plaintiff Universal Electronics, Inc.'s ("UEI") patent infringement claims on U.S. Patent Nos. 5,414,426 ("the '426 patent") and 6,587,067 ("the '067 patent") are barred by the doctrines of laches, UEI's patent infringement claims under the '426 patent are barred by equitable estoppel, and, further, URC has an implied license to the '426 patent based on legal estoppel;

(2)     Asserted claims 2 and 3 of the '426 patent are invalid for anticipation and/or obviousness under 35 U.S.C. §§ 102 and 103;

(3)     Asserted claims 2 and 3 of the '426 patent are not infringed;

(4)     Asserted claims 1, 10, and 12 of U.S. Patent No. 5,614,906 ("the '906 patent") are not infringed;

(5)     Asserted claims 1–3 and 6 of the '067 patent are not infringed;

(6)     UEI cannot satisfy the entire market value rule in this action, and therefore it must apportion between the values of the patented and unpatented features of the accused products for purposes of its lost profits and reasonable royalty damages calculations; and

(7)     UEI has not complied with the marking requirements of 35 U.S.C. § 287(a) with respect to the '426 and '067 patents, and, therefore, its damages for any infringement of those patents are limited to damages accruing after URC had actual notice of its alleged infringing activities, which is March 2010 for the '426 patent and March 2012 for the '067 patent.

1

1

2

3

   This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 4, 2014.  The parties met and conferred, but were unable to reach agreement.

4

5

6

7

8

9

   This motion is based on the accompanying Memorandum of Points and Authorities, Declaration of Clarence Rowland and attached exhibits, Proposed Findings of Fact and Conclusions of Law, and Proposed Judgment, as well as any reply brief that may be filed and any oral argument that may be presented at the hearing.

10

   Dated:  February 11, 2014                    Respectfully submitted,

11

12

   By:            /s/*Peter H. Kang*
              Peter H. Kang, SBN 158101
              pkang@sidley.com
              SIDLEY AUSTIN LLP

13

14

              1001 Page Mill Road, Building 1
              Palo Alto, California  94304
              Tel:  (650) 565-7000
              Fax:  (650) 565-7100

15

16

17

18

              Theodore W. Chandler, SBN 219456
              tchandler@sidley.com
              SIDLEY AUSTIN LLP
              555 West Fifth Street
              Los Angeles, California  90013
              Tel:  (213) 896-6000
              Fax:  (213) 896-6600

19

20

21

22

23

              Samuel R. Miller, SBN 66871
              srmiller@sidley.com
              Teague I. Donahey, SBN 197531
              tdonahey@sidley.com
              SIDLEY AUSTIN LLP
              555 California Street
              San Francisco, California  94104
              Tel:  (415) 772-1200
              Fax:  (415) 772-7400

24

25

26

27

28

              Brian K. Brookey, SBN 149522
              brian.brookey@tuckerellis.com
              TUCKER ELLIS LLP
              515 South Flower Street
              Forty-Second Floor
              Los Angeles, California  90071
              Tel:  (213) 430-3400
              Fax:  (213) 430-3409

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Douglas A. Miro
dmiro@ostrolenk.com
Michael F. Hurley
mhurley@ostrolenk.com
OSTROLENK, FABER LLP
1180 Avenue of the Americas
New York, New York  10036
Tel:  (212) 596-0500
Fax:  (212) 382-0888

Attorneys for Defendant
UNIVERSAL REMOTE CONTROL,
INC.

3