# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 12-0329-AG(JPRx) |
| Title: | UNIVERSAL ELECTRONICS, INC v UNIVERSAL REMOTE CONTROL, INC |
| Date | May 21, 2014 |

Present: The Honorable   ANDREW J. GUILFORD

| Dwayne Roberts | Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Christopher Lee, PHV; Frederick Laney, PHV; Laura Kenneally; Brian Hahn | Theodore Chandler; Cynthia Chi; Teague Donahey; Samuel Miller; Peter Kang |

___ Day Court Trial    10th Day Jury Trial

___ One day trial:    ___ Begun (1st day);    ___ Held & Continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by ___
___ Witnesses called, sworn and testified.    ___ Exhibits Identified    ___ Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    X Jury resumes deliberations.
X Jury Verdict in favor of    ___ plaintiff(s)    X defendant(s) is read and filed.
___ Jury polled.    X Polling waived.
X Filed Witness & Exhibit Lists    X Filed jury notes.    X Filed jury instructions.
___ Judgment by Court for ___    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    ___ Briefs to be filed by ___
___ Motion to dismiss by ___    is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for mistrial by ___    is    ___ granted.    ___ denied.    ___ submitted.
___ Motion for Judgment/Directed Verdict by ___    is    ___ granted.    ___ denied.    ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
X Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to ___ for further trial/further jury deliberation.
___ Other:

___ : 26

Initials of Deputy Clerk   dr

cc: