**Amended 5/23/14 to add defense counsel's name.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | SACV 12-0329-AG(JPRx) | Date | May 21, 2014 |
|---|---|---|---|
| Title: | UNIVERSAL ELECTRONICS, INC v UNIVERSAL REMOTE CONTROL, INC | | |

| Present: The Honorable | ANDREW J. GUILFORD |
|---|---|

| Dwayne Roberts | Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Christopher Lee, PHV; Frederick Laney, PHV; Laura Kenneally; Brian Hahn | Theodore Chandler; Cynthia Chi; Teague Donahey Samuel Miller; Peter Kang; ** **Douglas A. Miro** |

\_\_\_ Day Court Trial    10th Day Jury Trial

\_\_\_ One day trial:    \_\_\_ Begun (1st day);    \_\_\_ Held & Continued;    \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by _____
\_\_\_ Witnesses called, sworn and testified.    \_\_\_ Exhibits Identified    \_\_\_ Exhibits admitted.
\_\_\_ Plaintiff(s) rest.    \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).    \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.    \_\_\_ Jury retires to deliberate.    **X** Jury resumes deliberations.
**X** Jury Verdict in favor of    \_\_\_ plaintiff(s)    **X** defendant(s) is read and filed.
\_\_\_ Jury polled.    **X** Polling waived.
**X** Filed Witness & Exhibit Lists    **X** Filed jury notes.    **X** Filed jury instructions.
\_\_\_ Judgment by Court for    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).
\_\_\_ Case submitted.    Briefs to be filed by _____
\_\_\_ Motion to dismiss by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
**X** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_ Case continued to _____ for further trial/further jury deliberation.
\_\_\_ Other:

_____ : 00

Initials of Deputy Clerk   dr

cc: