FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 2 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| UNIVERSAL ELECTRONICS INC., | Case No. SACV12-329AG (JPRx) |
| Plaintiff, | **VERDICT FORM** |
| v. | REDACTED |
| UNIVERSAL REMOTE CONTROL, INC., | |
| Defendant. | |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

1

We the jury, duly impaneled and sworn, unanimously agree on the answer to each of the following questions:

## I.  FINDINGS REGARDING INFRINGEMENT OF U.S. PATENT NO. 5,614,906

**Question No. 1**

Do you find that UEI has proven by a preponderance of the evidence that URC has directly infringed one or more of the following claims of United States Patent No. 5,614,906 ("the '906 patent")?

|  | (for UEI) | (for URC) |
|---|---|---|
| Claim 1 | __ infringed | ✓ not infringed |
| Claim 10 | __ infringed | ✓ not infringed |
| Claim 12 | __ infringed | ✓ not infringed |

**Question No. 2**

Do you find that UEI has proven by a preponderance of the evidence that URC has actively induced infringement of one or more of the following claims of the '906 patent?

|  | (for UEI) | (for URC) |
|---|---|---|
| Claim 1 | __ infringed | ✓ not infringed |
| Claim 10 | __ infringed | ✓ not infringed |
| Claim 12 | __ infringed | ✓ not infringed |

**Question No. 3**

Do you find that UEI has proven by a preponderance of the evidence that URC has contributed to the infringement of one or more of the following claims of the '906 patent?

|  | (for UEI) | (for URC) |
|---|---|---|
| Claim 1 | __ infringed | ✓ not infringed |
| Claim 10 | __ infringed | ✓ not infringed |
| Claim 12 | __ infringed | ✓ not infringed |

## II.   FINDINGS REGARDING INVALIDITY OF U.S. PATENT NO. 5,614,906

**Question No. 4**

Do you find that URC has proven by clear and convincing evidence that the following claims of the '906 patent are invalid as anticipated by the prior art?

|  | (for UEI) | (for URC) |
|---|---|---|
| Claim 1 | __ valid | ✓ invalid |
| Claim 10 | __ valid | ✓ invalid |
| Claim 12 | __ valid | ✓ invalid |

**Question No. 5**

Do you find that URC has proven by clear and convincing evidence that any of the following claims of the '906 patent are invalid for obviousness?

|  | (for UEI) | (for URC) |
|---|---|---|
| Claim 1 | __ valid | ✓ invalid |
| Claim 10 | __ valid | ✓ invalid |
| Claim 12 | __ valid | ✓ invalid |

3

## III.   FINDINGS REGARDING DAMAGES FOR INFRINGEMENT OF U.S. PATENT NO. 5,614,906

If you found that any of the claims of the '906 patent is infringed and valid, please proceed to questions 6, 7 & 8 below.  Otherwise, do not answer questions 6, 7 & 8 and instead, please proceed to Section IV below.

**Question No. 6 – Lost Profits and Price Erosion Damages**

This question is for URC's sales of accused cable remote controls.  If you find that UEI has proven by a preponderance of the evidence that it is entitled to lost profits or price erosion damages for any portion of URC's sales of accused cable remote controls, what is the amount of those damages?

    (i)     Lost Profits Damages:     $_____

    (ii)    Price Erosion Damages:    $_____

**Question No. 7 – Reasonable Royalty Damages**

(a) This question is for URC's sales of accused cable remote controls. For any of URC's sales of accused cable remote controls for which UEI has not proven that it is entitled to lost profits damages or price erosion damages, what is the amount of reasonable royalty damages?

Reasonable Royalty Damages for Cable:    $_____

(b)    This question is for URC's sales of accused remote controls made to retail outlets and for commercial samples of URC's accused retail remote controls. What is the amount of reasonable royalty damages that UEI should be awarded to compensate for URC's sales of accused remote controls made to retail outlets and for commercial samples of those retail remote controls?

Reasonable Royalty Damages for Retail:    $_____

4

(c) For the total dollar amount in your answer to questions 7(a) and 7(b), please state whether the reasonable royalty damages are a running royalty or a one-time (lump sum) payment for the life of the '906 patent (check only one):

     _____ Running royalty; or

     _____ One-time (lump sum) payment for the life of the '906 patent

**Question No. 8**

If you found that any claim of the '906 patent was infringed by URC (directly or by its inducement or contributory infringement), has UEI proven by clear and convincing evidence that URC's infringement was willful?

     (for UEI)          (for URC)

     __ yes, willful       __ no, not willful

## IV.   FINDINGS REGARDING U.S. PATENT NO. 5,414,426

**Question No. 9**

Do you find that URC has proven by clear and convincing evidence that the '426 patent is invalid for improper inventorship?

     (for URC)        (for UEI)

     ✓ yes         ____no

**Question No. 10**

Do you find that URC has proven by clear and convincing evidence that UEI is barred from enforcing the '426 patent against URC for patent misuse?

     (for URC)        (for UEI)

     ✓ yes         ____no

**Question No. 11**

Do you find that URC has proven by a preponderance of the evidence that UEI's claim for infringement of the '426 patent is barred by laches?

(for URC)                    (for UEI)

✓ yes                        ___ no

**Question No. 12**

Do you find that URC has proven by a preponderance of the evidence that UEI's claim for infringement of the '426 patent is barred by equitable estoppel?

(for URC)                    (for UEI)

✓ yes                        ___ no

**Question No. 13**

Do you find that URC has proven by a preponderance of the evidence that UEI is barred from obtaining any relief due to unclean hands?

(for URC)                    (for UEI)

✓ yes                        ___ no

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Officer that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: May 21, 2014            By:_____
                                   Presiding Juror

6