UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Universal Electronics Inc., <br><br> *Plaintiff and Counterclaim-Defendant*, <br><br> vs. <br><br> Universal Remote Control, Inc., <br><br> *Defendant and Counterclaimant*. | No. 8:12-cv-00329-AG-JPR <br><br> **FINAL JUDGMENT** |

# FINAL JUDGMENT

This action was tried by a jury with Judge Guilford presiding, and the jury has rendered a verdict. In accordance with the jury's verdict and rulings by the Court, it is ordered that:

1. Plaintiff Universal Electronics Inc. shall recover nothing on its claims of patent infringement against Defendant Universal Remote Control, Inc.

2. Claims 4–16 of U.S. Patent No. 5,568,367 are invalid.

3. Claims 1, 10, and 12 of U.S. Patent No. 5,614,906 are not infringed by Defendant Universal Remote Control, Inc.

4. Claims 1, 10, 12, and 16 of U.S. Patent No. 5,614,906 are invalid.

5. Claims 2 and 3 of U.S. Patent No. 5,414,426 are not infringed by Defendant Universal Remote Control, Inc.

6. All claims of U.S. Patent No. 5,414,426 are invalid.

7. Plaintiff Universal Electronics Inc. has failed to comply with the marking provisions of 35 U.S.C. § 287(a) with respect to U.S. Patent No. 5,414,426.

8. Plaintiff Universal Electronics Inc. has failed to comply with the marking provisions of 35 U.S.C. § 287(a) with respect to U.S. Patent No. 6,587,067.

9. Plaintiff Universal Electronics Inc.'s claim against Defendant Universal Remote Control, Inc. for infringement of U.S. Patent No. 5,414,426 is barred by laches.

10. Defendant Universal Remote Control, Inc. shall recover its costs from Plaintiff Universal Electronics Inc.

11. This is a final judgment and is appealable.

JUDGMENT IS SO ENTERED.

Dated: 1/27/2015

ANDREW J. GUILFORD
United States District Court Judge